**FILED**
JUN 14 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19 MJ 00129 BAM |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING COMPLAINT |
| DONAVEN ADKINS, aka WICC, RYAN GINES, aka GUERO DOUG GINES, aka DOUGIE FRESH FLORENTINO GUTIERREZ aka GEEZY, JESUS NUNEZ, aka DANIEL, aka CACHORRO MARIA NUNEZ, LOUIS MOLINA, ERNESTO ZIBRAY, TIFFANY FELLER, Defendants. | |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: June 14, 2019

HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant                         1