**FILED**

JUN 18 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ EV _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DONAVEN ADKINS, aka WICC,<br>RYAN GINES, aka GUERO<br>DOUG GINES, aka DOUGIE FRESH<br>FLORENTINO GUTIERREZ aka GEEZY,<br>JESUS NUNEZ, aka DANIEL, aka CACHORRO<br>MARIA NUNEZ,<br>LOUIS MOLINA,<br>ERNESTO ZIBRAY,<br>TIFFANY FELLER,<br><br>　　　　　　　Defendants. | CASE NO. 1:19-MJ-00129-BAM<br><br>ORDER UNSEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest warrants now having been executed and the need for sealing has ceased;

//

//

//

Order Unsealing Complaint and Arrest Warrant

1

1  IT IS ORDERED that the complaint and arrest warrants filed in the above-entitled matter shall
2  be unsealed.
3  Dated: June 18, 2019

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant   2