FILED

JUN 18 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ EJ _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DONAVEN ADKINS, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 1:19-MJ-00129-BAM<br><br>ORDER UNSEALING WRIT OF HABEAS CORPUS |

　　The United States having applied to this Court for a writ of habeas corpus in the above-captioned proceedings and having applied for the application and writ of habeas corpus to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

　　IT IS ORDERED that the application and writ of habeas corpus filed in the above-entitled matter shall be unsealed.

Dated: June 18, 2019

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Unsealing Writ of Habeas Corpus　　　　1