1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   LAUREL J. MONTOYA
3  JUSTIN J. GILIO
   Assistant United States Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
6

7  Attorneys for Plaintiff
   United States of America
8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                      EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,            | CASE NO. 1:19-CR-00145-DAD-BAM |
13 |                        Plaintiff,    | STIPULATION REGARDING DISCOVERY; FINDINGS AND PROTECTIVE ORDER |
14 |                   v.                 |
15 | DONAVAN ADKINS, aka WICC, ET AL.,    |
16 |                        Defendants.   |

17
18                            **STIPULATION**

19      1.      The parties, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, hereby

20 stipulate and agree that the Court shall issue a protective order prohibiting defense counsel from

21 showing or providing copies of any discovery containing personal identifying information ("PII") to

22 defendants without first redacting the PII.

23 ///
24 ///
25 ///
26 ///
27
   STIPULATION AND PROPOSED DISCOVERY            1
28 PROTECTIVE ORDER

2. Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may, for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

IT IS SO STIPULATED.

Dated: July 1, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: July 1, 2019

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant
Donavan Adkins

Dated: July 1, 2019

/s/ STEVEN LEON CRAWFORD
STEVEN LEON CRAWFORD
Counsel for Defendant
Doug Gines

Dated: July 1, 2019

/s/ CARRIE CHRISTINE McCREARY
CARRIE CHRISTINE McCREARY
Counsel for Defendant
Florentino Gutierrez

Dated: July 1, 2019

/s/ MICHAEL JOSEPH AED
MICHAEL JOSEPH AED
Counsel for Defendant
Louie Molina

STIPULATION AND PROPOSED DISCOVERY
PROTECTIVE ORDER

2

Dated:  July 1, 2019

/s/ ROBERT CONRAD LAMANUZZI
ROBERT CONRAD LAMANUZZI
Counsel for Defendant
Ernesto Zibray

**ORDER**

IT IS SO ORDERED.

Dated:  **July 2, 2019**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED DISCOVERY PROTECTIVE ORDER

3