1 HEATHER E. WILLIAMS, Bar #122664
  Federal Defender
2 ERIC V. KERSTEN, Bar #226429
  Assistant Federal Defender
3 Branch Chief, Fresno Office
  2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
  Telephone: (559) 487-5561

5

6     IN THE UNITED STATES DISTRICT COURT

7    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9 UNITED STATES OF AMERICA,   ) Case No. 1:19-cr-00145-2 DAD-BAM
              )
10    *Plaintiff,*      )
              ) **APPLICATION AND ORDER**
11 vs.         ) **APPOINTING CJA PANEL COUNSEL**
              )
12 RYAN GINES,      )
              )
13    *Defendant,*     )
              )
14 _____)

15

16   Defendant Ryan Gines, through the Federal Defender for the Eastern District of

17 California, hereby requests appointment of CJA panel counsel, Erin Snider. Our office has a

18 conflict.

19

20   On June 27, 2019, an Indictment was issued in the above captioned case.  Mr. Gines had

21 an initial appearance on the allegations in the District of Arizona, Tucson Division on October

22 20, 2020, where the court appointed counsel and ordered that the Marshal promptly remove him

23 from the District of AZ to the charging district.  Counsel is needed in the Eastern District of

24 California to facilitate his appearance on the pending charges.

25   Therefore, after reviewing his Financial Affidavit it is respectfully recommended that

26 CJA panel counsel, Erin Snider, be promptly appointed *nunc pro tunc* as of March 11, 2021.

27

28

DATED: March 11, 2021

_____/s/ Eric V Kesten_____
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant Ryan Gines is financially unable to retain counsel, the Court hereby appoints CJA panel counsel, Erin Snider, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **March 12, 2021**          _____/s/ Barbara A. McAuliffe_____
                                      UNITED STATES MAGISTRATE JUDGE