IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:19-CR-145 DAD BAM-2 |
| vs. | ) | ORDER TO PRODUCE DEFENDANT FOR COURT HEARING |
| RYAN GINES, | ) | |
| Defendant. | ) | |

The Court directs the Central Arizona Florence Correctional Complex to make defendant, Ryan Gines, available for an arraignment and plea on Friday, March 26, 2021, at 2:00 pm before United States Magistrate Judge Erica P. Grosjean, District Court of California, Eastern District, Fresno Division.  Defendant's appearance will be conducted via videoconference with the United States Marshal Office, Fresno Division, to provide the videoconference information to the Florence Correctional Complex staff.

Dated:  **March 24, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE