PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>            v.<br><br>RYAN GINES,<br><br>                         Defendant. | CASE NO. 1:19-CR-00145-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

**STIPULATION**

1.   The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendant Ryan Gines, by and through his counsel of record, John Umscheid, hereby stipulate as follows.

2.   By previous order this case was set for sentencing on May 6, 2024, at 8:30 a.m. The parties hereby agree to continue the sentencing to August 26, 2024, at 8:30 a.m. No exclusion of time is necessary, as the defendant has pled guilty.

3.   The continuance of the sentencing hearing is necessary because the parties need additional time to collect records relevant to sentencing. Specifically, the PSR contains reference to Ryan Gines's two prior controlled substance convictions in California state court. The parties do not have access to those court records and need to obtain those records prior to sentencing. Through the case agent, the government has started the process for obtaining those records but the parties anticipate

needing the additional time to receive/review the records. Because these convictions have a significant impact on the defendant's sentencing guidelines range, the continuance is necessary and supported by good cause.

IT IS SO STIPULATED.

Dated: April 25, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated: April 25, 2024

/s/ John Umscheid
John Umscheid
Counsel for Defendant
RYAN GINES

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from May 6, 2024, to **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. IT IS SO ORDERED.

Dated: **April 29, 2024**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE