1 | John C. Umscheid, SBN 249132
2 | The Law Office of John C. Umscheid
3 | 221 W Lacey Boulevard
4 | Hanford, CA 93230
  | (559) 587-5323
  | john@umscheidlaw.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1: 19-CR-00145-NODJ-BAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING; AND ORDER** |
| RYAN GINES, | |
| Defendant | |

**STIPULATION**

    1.    The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendant Ryan Gines, by and through his counsel of record, John Umscheid, hereby stipulate as follows.

    2.    By previous order this case was set for sentencing on November 6, 2024, at 9:30 a.m.  The parties hereby agree to continue the sentencing to February 10, 2025, at 8:30 a.m.  No exclusion of time is necessary, as the defendant has pled guilty.

    3.    The defendant is requesting continuance of the sentencing hearing to prepare for sentencing.  Specifically, defense counsel needs additional time to meet with his client and to conduct investigation into matters that have a material bearing on Mr. Gines's sentencing

STIPULATION TO CONTINUE SENTENCING; AND ORDER - 1

hearing. It is defense counsel's position that these matters need to be addressed before the sentencing hearing and that the additional time is necessary to prepare for sentencing.

    4.    Based on the defendant's position, the government has no objection to this request.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 29, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Justin J. Gilio<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: October 29, 2024 | /s/ John Umscheid<br>John Umscheid<br>Counsel for Defendant<br>RYAN GINES |

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from November 6, 2024, to **February 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. IT IS SO ORDERED.

Dated: **October 29, 2024**    /s/ Barbara A. McAuliffe
    UNITED STATES MAGISTRATE JUDGE