John C. Umscheid, SBN 249132
The Law Office of John C. Umscheid
221 W Lacey Boulevard
Hanford, CA 93230
(559) 587-5323
john@umscheidlaw.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RYAN GINES,<br><br>        Defendant | Case No.: 1:19-CR-00145-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; AND ORDER** |

**STIPULATION**

    1.    The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendant Ryan Gines, by and through his counsel of record, John Umscheid, hereby stipulate as follows.

    2.    By previous order this case was set for sentencing on February 10, 2025, at 8:30 a.m. The parties hereby agree to continue the sentencing to March 24, 2025, at 8:30 a.m. No exclusion of time is necessary, as the defendant has pled guilty.

    3.    The defendant is requesting continuance of the sentencing hearing to prepare for sentencing. Specifically, defense counsel needs additional time to meet with his client and to conduct investigation into matters that have a material bearing on Mr. Gines's sentencing

STIPULATION TO CONTINUE SENTENCING; AND ORDER - 1

hearing. It is defense counsel's position that these matters need to be addressed before the sentencing hearing and that the additional time is necessary to prepare for sentencing.

4. Based on the defendant's position, the government has no objection to this request.

IT IS SO STIPULATED.

Dated: February 4, 2025                             PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ Justin J. Gilio
                                                    JUSTIN J. GILIO
                                                    Assistant United States Attorney

Dated: February 4, 2025                             /s/ John Umscheid
                                                    John Umscheid
                                                    Counsel for Defendant
                                                    RYAN GINES

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from February 12, 2025, to **March 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **February 7, 2025**                        /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE