MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>RYAN GINES,<br><br>               Defendant. | CASE NO. 1:19-CR-00145-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

**STIPULATION**

1.    The government, by and through Acting United States Attorney Michele Beckwith and Assistant United States Attorney Justin J. Gilio, and the defendant Ryan Gines, by and through his counsel of record, John Umscheid, hereby stipulate as follows.

2.    By previous order this case was set for sentencing on March 24, 2025, at 9:30 a.m. The parties hereby agree to continue the sentencing to April 21, 2025, at 8:30 a.m. No exclusion of time is necessary, as the defendant has pled guilty.

3.    The defense counsel has experienced a personal tragedy in his immediate family that makes proceeding with sentencing impossible for him on the given date. Defense counsel is requesting continuance of the sentencing hearing based on this good cause to adequately prepare and meet with his client, which he will not be able to do within the time allotted before the current sentencing date.

4.    Based on the defendant's position, the government has no objection to this request.

IT IS SO STIPULATED.

Dated: March 13, 2025         MICHELE BECKWITH
                              Acting United States Attorney

                              /s/ Justin J. Gilio
                              JUSTIN J. GILIO
                              Assistant United States Attorney

Dated: March 13, 2025         /s/ John Umscheid
                              John Umscheid
                              Counsel for Defendant
                              RYAN GINES

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from March 24, 2025, to **April 21, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **March 13, 2025**           /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE