MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00145-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; AND ORDER |
| v. | |
| RYAN GINES, | |
| Defendant. | |

**STIPULATION**

1.    The government, by and through Acting United States Attorney Michele Beckwith and Assistant United States Attorney Justin J. Gilio, and the defendant Ryan Gines, by and through his counsel of record, John Umscheid, hereby stipulate as follows.

2.    By previous order this case was set for sentencing on April 21, 2025, at 9:30 a.m. The parties hereby agree to continue the sentencing to June 2, 2025, at 8:30 a.m. No exclusion of time is necessary, as the defendant has pled guilty.

3.    The defendant is requesting continuance of the sentencing hearing to prepare for sentencing. Specifically, defense counsel needs additional time to meet with his client and to conduct investigation into matters that have a material bearing on Mr. Gines's sentencing hearing. It is defense counsel's position that these matters need to be addressed before the sentencing hearing and that the additional time is necessary to prepare for sentencing.

4. Based on the defendant's position, the government has no objection to this request.

IT IS SO STIPULATED.

Dated: April 11, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated: April 11, 2025

/s/ John Umscheid
John Umscheid
Counsel for Defendant
RYAN GINES

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from April 21, 2025, to **June 2, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **April 11, 2025**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE