John C. Umscheid, SBN 249132
The Law Office of John C. Umscheid
221 W Lacey Boulevard
Hanford, CA 93230
(559) 587-5323
john@umscheidlaw.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00145-TLN-BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| RYAN GINES, | |
| Defendant | |

**STIPULATION**

1. The government, by and through Acting United States Attorney Michele Beckwith and Assistant United States Attorney Justin J. Gilio, and the defendant Ryan Gines, by and through his counsel of record, John Umscheid, hereby stipulate as follows.

2. By previous order this case was set for sentencing on June 2, 2025, at 9:30 a.m. The parties hereby agree to continue the sentencing to **June 30, 2025, at 10:00 a.m., before District Judge Dale A. Drozd.**  No exclusion of time is necessary, as the defendant has pled guilty.

3. The defendant is requesting continuance of the sentencing hearing to prepare for sentencing after being hindered by a series of family emergencies.  Specifically, defense counsel

STIPULATION AND ORDER TO CONTINUE SENTENCING  - 1

needs additional time to draft a sentencing memorandum on behalf of his client after being delayed due to caring for an ill child and death of a family member.  It is defense counsel's position that these matters need to be addressed before the sentencing hearing and that the additional time is necessary to prepare for sentencing.

    4.    Based on the defendant's position, the government has no objection to this request.

    IT IS SO STIPULATED.

Dated:  May 28, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  May 28, 2025

/s/ John Umscheid
John Umscheid
Counsel for Defendant
RYAN GINES

## ORDER

IT IS SO ORDERED this 28th day of May, 2025.

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING  - 2