# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br><br> v. <br><br> RYAN GINES, <br>    Defendant. | ) Case No :1.19-cr-00145-DAD-EPG-2 <br> ) Eastern District of California <br> ) <br> ) [U.S.C.A.  No. 25-5461] <br> ) <br> ) <br> ) **ORDER GRANTING** <br> ) **APPOINTED COUNSEL'S** <br> ) **REQUEST TO OBTAIN COPIES** <br> ) **OF SEALED TRANSCRIPTS** <br> ) <br> ) <br> ) <br> ) |

The Court hereby orders that the request of Andrea R. St. Julian to receive a copy of the transcripts of the sealed proceedings held on June 30, 2025, before Judge Dale A. Drozd be granted.  Attorney St. Julien is defendant's appointed counsel on appeal and has shown good cause for the issuance of this order.

IT IS SO ORDERED.

Dated:    **March 25, 2026**    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE